UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANGEL C.,

        Plaintiff,

    vs.

FRANK BISIGNANO,[1]
Acting Commissioner of Social Security,

        Defendant.

Case No. 3:25-cv-01797-KSC

**ORDER GRANTING JOINT MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

**[DOC. NO. 15]**

The parties have filed a Joint Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("Joint Motion"). Dkt. No. 15. The Joint Motion is GRANTED and plaintiff is awarded $5,000.00 in attorney's fees and $405.00 in costs.

---

[1] Frank Bisignano became the Commissioner of Social Security in May 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). If, after receiving the Court's EAJA fee Order, the Commissioner determines plaintiff has assigned the right to EAJA fees to counsel and plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees may be made payable to plaintiff's counsel, Martha Yancey, by either electronic funds transfer or check. If plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees after offset will be made by check payable to Plaintiff.

Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Martha Yancey, including her firm, Yancey Law, PC, may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Martha Yancey or Yancey Law, PC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

IT IS SO ORDERED.

Dated:  January 29, 2026

Hon. Karen S. Crawford
United States Magistrate Judge